UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 11-286 |
| | * | |
| v. | * | |
| | * | |
| ILIOS SHIPPING COMPANY S.A. | * | SECTION "A" |

\* \* \*

## ORDER GRANTING AWARD PURSUANT TO 33 U.S.C. § 1908(a)

Having reviewed and considered the Government's Ex-Parte Motion in Support of Statutory Moiety Payments;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that from the initial criminal fine installment payment of $500,000.00 paid by Ilios Shipping Company, S.A. on March 27, 2012, an award of $350,000.00, which is one-half of the fine attributable to Counts One and Two of the

information, be paid by check issued by the Clerk of the Court payable to and in the name of

Ellema M. Elleberth and sent to:

U.S. Department of Justice
Embassy of the United States of America
Room 1038/1040 Chancery Annex
1201 Roxas Blvd., Ermita
0930  Manila, Philippines
Attention:  Robert E.  Courtney III
             DOJ Attaché

      New Orleans, Louisiana, this 11th day of April, 2012

                                      HONORABLE JAY C. ZAINEY
                                      UNITED STATES DISTRICT JUDGE